IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT GARLAND,** | § | |
| Plaintiff, | § § § | |
| | § | Civil Action No. **3:10-CV-0601-L** |
| v. | § § | |
| **MIKE HUNTER, et al.,** | § § | |
| Defendants. | § § | |

## ORDER

Before the court are the Findings and Recommendation of the United States Magistrate Judge, filed April 14, 2010. Plaintiff did not file objections.

Plaintiff is proceeding *pro se* and *in forma pauperis*. He filed this action based upon alleged improper billing of his mother's residential electricity account. Plaintiff brings claims of identity theft, negligence, and violation of his rights to free speech and equal protection under the First and Fourteenth Amendments to the United States Constitution. The magistrate judge recommends dismissing Plaintiff's claims without prejudice for lack of subject matter jurisdiction.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** Plaintiff's claims **without prejudice** for lack of subject matter jurisdiction.

**It is so ordered** this 30th day of April, 2010.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page